**JS-6**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA- EASTERN DIVISION**

| | |
|---|---|
| HRVOJE VEJIC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIANA HERRERA, an individual; and DOES 1 to 50, inclusive,<br><br>　　　　　Defendants. | CASE NO. 5:23-cv-01183-SVW (SKx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Date: September 11, 2023<br>Time: 1:30 p.m.<br>Judge: Hon. Stephen V. Wilson<br>Courtroom: 10A<br><br>Trial Date: November 28, 2023 |

## ORDER

Based on the parties' stipulation, **IT IS SO ORDERED.** The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

**IT IS SO ORDERED.**

Dated: September 1, 2023     by:     _____
THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE